**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| A.M., a minor, by and through her P/N/G CINDY VILLAMARIN AND JORGE MEJIA | : : : : | CIVIL ACTION NO. 24-5587 |
| v. | : : | |
| BURLINGTON STORES, INC. et al. | : : | |

**ORDER APPROVING SETTLEMENT AND ORDER FOR DISTRIBUTION**

AND NOW, this _____ day of _____, 2025, upon consideration of the Petition For Leave to Compromise a Minor's Action, filed September 18, 2024, it is hereby **ORDERED** and **DECREED** that Petitioner is authorized to enter into a settlement with Defendants, in the gross sum of **ONE HUNDRED AND SEVENTY-FIVE THOUSAND DOLLARS ($175,000.00).** Defendants shall forward all settlement drafts or checks to Petitioner's counsel for proper distribution. **IT IS FURTHER ORDERED** and **DECREED** that the settlement proceeds be allocated as follows. To: Minor Plaintiff:

| Name | Date of Birth | Social Security # |
|---|---|---|
| A.M | xx/xx/xxxx | xxx-xx-xxxx |

**IT IS FURTHER ORDERED** and **DECREED** that settlement proceeds be distributed as follows:

a. To Fine, Staud & Levy, LLC
  Reimbursement for Costs         $7,800.79

b. To Fine, Staud & Levy, LLC
  Counsel Fee   (33 1/3%)          $55,733.07

c. The balance, the sum of $111,466.14 payable to A.M., a minor, shall be distributed as follows:

      The sum of $111,466.14 paid as described below, allocated to the minor, and any interest thereon, shall be received by counsel for Petitioner.

Counsel (and not the parent and/or guardian of the minor) is hereby authorized and specifically directed to execute all documentation necessary to deposit funds belonging to the minor in any interest-bearing savings account or savings certificate in a federally insured bank or savings institution having an office in Philadelphia County **IN THE NAME OF THE MINOR ONLY.**

The savings account shall be titled and restricted as follows:

      "A.M., a minor, not to be withdrawn before the minor attains 18 years of age or upon prior Order of the Eastern District of Pennsylvania"

Within sixty (60) days from the date of this Decree, Counsel for the minor shall file an Affidavit with the Court, certifying compliance with this Order. Counsel shall attach to the Affidavit a copy of the savings certificate or savings account reflecting the required restrictions and shall pay such fee as may be required by the Clerk. The Affidavit shall bear the Court's caption. <u>The Affidavit shall further contain a specific averment by counsel that counsel, and not the parent(s) and/or guardian(s) of the minor, established the account(s) and deposited the funds therein as directed above.</u>

                                                      _____

                                                                                       J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| A.M., a minor, by and through her P/N/G CINDY VILLAMARIN AND JORGE MEJIA : : : : v. : : BURLINGTON STORES, INC. et al. : : | CIVIL ACTION<br><br>NO. 24-5587 |

**PLAINTIFF, A.M., A MINOR, BY AND THROUGH HER P/N/G'S CINDY VILLAMARIN AND JORGE MEJIA'S PETITION TO SETTLE A MINOR'S COMPROMISE**

To the Honorable, the Judges of the Said Court, A.M., a minor, by and through her parents and guardians, Cindy Villamarin and Jorge Mejia, by their attorney, Theodore C. Levy, Esquire, of Fine, Staud & Levy, LLC, hereby submit this Petition to Settle a Minor's Compromise to the Court and state as follows:

1. The Petitioner is A.M., a minor, by and through her parents and natural guardians, Cindy Villamarin and Jorge Mejia.

2. The minor was born on xx/xx/xxxx, and her Social Security Number is xxx-xx-xxxx.

3. A.M., a minor, resides with her parents and guardians, Cindy Villamarin and Jorge Mejia, at 9601 Ashton Road, Apt M10, Philadelphia, PA 19114.

4. The Defendants are Burlington Stores, Inc. and Cooper Olshan Company.

5. A.M. suffered psychological injuries when a perp followed her at a Burlington store and exposed himself to her.

6. Dr. Samuel Romirowsky, Psy.D. performed an examination on A.M. and diagnosed her with post-traumatic stress disorder. A true and correct copy of report is attached hereto as **Exhibit "A"**.

7. A $175,000.00 Settlement was negotiated at a settlement conference with Hon. Jose Raul Arteaga at a settlement conference on May 13, 2025.

8. Counsel is under the professional opinion that the proposed settlement is reasonable because the minor's injuries have mostly resolved and $175,000 is adequate compensation for the damages she suffered because of the incident. The affidavit of counsel approving of the settlement is attached as **Exhibit "B"**.

9. Attached hereto is a statement, under oath, by the minor's mother, Cindy Villamarin, certifying the physical and mental condition of the minor, as well as the mother's approval of the proposed settlement and distribution. See **Exhibit "C"**.

10. Attached hereto is a statement, under oath, by the minor's father, Jorge Mejia, certifying the physical and mental condition of the minor, as well as the father's approval of the proposed settlement and distribution. See **Exhibit "D"**.

11. Counsel has incurred the following expenses for which reimbursement is sought: Filing Fees; Service Fees, Expert Report Fees of Dr. Samuel Romirowsky, which comes to $7,900.79. The cost sheet is attached hereto as **Exhibit "E"**.

12. Counsel requests a fee in the sum of $55,733.07 which is **33 1/3%** of the net settlement payable to the minor. A copy of the agreement is attached as **Exhibit "F"**.

13. Counsel has not and will not receive collateral payments as counsel fees for representation involving the same matter from third parties.

14. The net settlement payable to the minor after deduction of costs, attorney's fees, and the medical liens is $111,466.14.

**WHEREFORE**, the Petitioner requests that he be permitted to enter into the settlement recited above and that the Court enter an Order of Distribution as follows:

a. To Fine, Staud & Levy, LLC
   Reimbursement for Costs          $7,800.79

b. To Fine, Staud & Levy, LLC
   Counsel Fee (33 1/3%)            $55,733.07

d. The balance, the sum of $111,466.14 payable to A.M., a minor, shall be distributed as follows:

> The sum of $111,466.14 paid as described below, allocated to the minor, and any interest thereon, shall be received by counsel for Petitioner.

**FINE STAUD AND LEVY LLC**

By: *Theodore C. Levy*
Theodore C. Levy, Esquire
Attorney ID No. 311794
1333 Race Street
Philadelphia, PA 19107
215-665-0100
tlevy@fineandstaud.com
*Counsel for Plaintiffs*

Date: 7/21/25

**<u>VERIFICATION</u>**

      Theodore C. Levy, Esquire, hereby states that he is the Attorney for the Petitioner and that the information contained in Plaintiff's Petitioner's Motion for Leave to Compromise Minor's Action are true and correct to the best of his knowledge, information and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

_Theodore C. Levy_
_____
THEODORE C. LEVY, ESQUIRE

DATE: 7/21/25

## CERTIFICATE OF SERVICE

    I do hereby certify that service of a true and correct copy of Plaintiff's Petition to Settle a Minor's Compromise was electronically served on the date shown below to all interested counsel and parties as follows:

Randi Wolf, Esquire
Spector Gaon Rosen Vinci, P.C.
Seven Penn Center
1635 Market Street, 7th Floor
Philadelphia, PA 19103

Greg A. Ray, Esquire
Bunker & Ray
436 Walnut Street, WA01A
Philadelphia, PA 19106

**FINE STAUD AND LEVY LLC**

By: *Theodore C. Levy*
Theodore C. Levy, Esquire
Attorney ID No. 311794
1333 Race Street
Philadelphia, PA 19107
215-665-0100
tlevy@fineandstaud.com
*Counsel for Plaintiffs*

Date:  7/21/25